UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHALMERS A. SIMPSON, JR., :
    Petitioner :
:
v. : CIVIL NO. 1:12-CV-1519
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
    Respondent

*O R D E R*

AND NOW, this 11th day of September, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 6), filed August 10, 2012, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report (Doc. 6) is adopted.

    2. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED without prejudice for failure to exhaust administrative remedies.

    3. A certificate of appealability is denied.

    4. The Clerk of Court shall close this file.

                                       /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge